UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUAN ALEXANDER VIANEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PIERCE COUNTY JAIL et al,<br><br>　　　　　　　Defendants. | CASE NO. C12-5272 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE |

   This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura.  Dkt. 9.  The Magistrate Judge recommends that Plaintiff's civil rights complaint be dismissed with prejudice.  Plaintiff has not filed objections to the Report and Recommendation.

   The Court, having reviewed the Report and Recommendation and the remaining record, does hereby find and **ORDER**:

   1.　The Court adopts the Report and Recommendation;

   2.　This action is **DISMISSED WITH PREJUDICE**. The defects in Plaintiff's original complaint were explained to him and he was ordered to amend. Plaintiff failed to amend and failed to comply with a court order.

3. The Clerk is directed to send a copy of this Order to Plaintiff, and to the Hon. J. Richard Creatura.

Dated this 16th day of July, 2012.

3. The Clerk is directed to send a copy of this Order to Plaintiff, and to the Hon. J. Richard Creatura.

Dated this 16th day of July, 2012.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION DISMISSING
PLAINTIFF'S COMPLAINT WITH PREJUDICE- 2